UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHLEY-RAQUEL WEST, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20-cv-01247-MTS |
| KELSEY SHULTZ | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Leave to file a first amended complaint. Because Defendant has provided written consent for the amendment, the Court will grant the Motion. *See* Fed. R. Civ. P. 15(a)(2). Plaintiff, however, must edit the proposed amended complaint prior to filing it to include allegations establishing the Court's subject matter jurisdiction. *See* 28 U.S.C. § 1332; *Reece v. Bank of N.Y. Mellon*, 760 F.3d 771, 777–78 (8th Cir. 2014); *Villareal v. B&C Contracting Specialist Inc.*, No. 4:19-cv-2851-RLW, 2020 WL 2088341, at *3 (E.D. Mo. Apr. 30, 2020) ("To establish complete diversity of citizenship, a complaint must include factual allegations of each party's state of citizenship, including allegations of any corporate party's state of incorporation and principal place of business.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave, Doc. [14], to file a first amended complaint is **GRANTED**, provided Plaintiff includes allegations establishing the Court's jurisdiction. Plaintiff shall file any amended complaint within fourteen (14) days.

Dated this 25th day of May, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE